UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-08-55 |
| | § | |
| GLORIA RUIZ-TORRES | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear for court as required; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial.  Paragraphs one through four of the pretrial report are adopted, supplemented by the testimony of the defendant's daughter.  The defendant is a resident alien with significant ties to Mexico, and she is facing deportation if convicted.  Neither the defendant nor her family has sufficient assets to address the risk of flight.  Moreover, the defendant has a prior arrest for transporting aliens.  All of these factors make the defendant a risk of flight and a danger to the community.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 31st day of January, 2008.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE